CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
January 31, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Natalie Lundberg, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:23-cv-00042 |
| Delta Response Team, LLC | ) |
| and | ) |
| Thomas Walton, | ) |
| Defendants. | ) |

## ORDER AND FINAL JUDGMENT

This matter is before the court on Defendants' motion for summary judgment (Dkt. 52). For the reasons stated in the court's accompanying Memorandum Opinion, Defendants' motion is **GRANTED** and judgment is entered in favor of Defendants.

The Clerk is directed to strike this case from the court's active docket and to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED this 31st day of January, 2025.

/s/ *Jasmine H. Yoon*
_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE